## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Russell P. Apa    JOINT DEBTOR: _____    CASE NO.: 15-25721
Last Four Digits of SS# 3826    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 2,029.00 for months 1 to 60 ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,250    TOTAL PAID $ 3,500
    Balance Due  $ 750    payable $ 125 /month (Months 1 to 6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Rushmore Loan Mgmt. Services    Arrearage on Petition Date $ 60,990.92
Address: 15480 Laguna Canyon Rd. S.
    Irvine, CA 92618    Arrears Payment    $ 829.00 /month (Months 1 to 6 )
                $1,056.00 /month (Months 7 to 60 )
    Regular Payment    $ 779.00 /month (Months 1 to 60 )
Account No: 1027600031799

2. Martin County Tax Collector    Arrearage on Petition Date $ 497.00
Address: 3485 SE Willoughby Blvd.    Arrears Payment    $ 82.84 /month (Months 1 to 6 )
    Stuart, FL 34994    Regular Payment    $_____ /month (Months _____ to _____ )
Account No: 59248

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| PNC, NA | Homestead, $72,550 | 0% | $0.00 | 1 To 60 | $0.00 |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
    Payable  $_____/month (Months ____ to ____) Regular Payment $_____
2. _____    Total Due $_____
    Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $10.00/month (Months 1 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Debtor intends to file a motion to determine the secured status of the second mortgage lien with PNC NA (Account number 4489618050109835), strip the mortgage, and to treat the claim as a general unsecured debt.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Russell P. Apa    _____
Debtor    Joint Debtor
Date: September 23, 2015    Date: _____

LF-31 (rev. 01/08/10)